# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

KAREN RHYNE
    v.

MICHAEL J. ASTRUE

Case Number: 09-4272-CV-C-DW-SSA

\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

– **that the Commissioner's decision is affirmed.**

ENTERED ON: November 5, 2010

                                                ANN THOMPSON
                                                Court Executive

                                                L. Bax
                                                (By) Deputy Clerk